1040 (Form 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NO.** |
|---|---|

| **PLAINTIFF(S)**<br>Orion HealthCorp, Inc. et al.<br>See attached for full list. | **DEFENDANT(S)**<br>CAPITA IRG TRUSTEES (NOMINEES) LIMITED, et al.<br>See attached for full list. |
|---|---|
| **ATTORNEY(S)** (Firm Name, Address, Telephone No.)<br>Thomas R. Califano, Esq.<br>DLA Piper US LLP<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone:  (212) 335-4500 | **ATTORNEY(S)** (If Known)<br>Not known |

| **PARTY** (Check One Box Only)<br>☑ Debtor   ☐ U.S. Trustee<br>☐ Creditor   ☐ Trustee   ☐ Other | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee<br>☐ Creditor   ☐ Trustee   ☑ Other |
|---|---|

**CAUSE OF ACTION** (Write a brief statement of cause of action, including all U.S. statutes involved.)

Debtors seek the recovery of actual and constructive fraudulent transfers under sections 544, 548 and 550 of the Bankruptcy Code. Debtors also seek the imposition of a contructive trust on certain funds in the possession, custody, or control of the Internal Revenue Service. Debtors finally seek injunctive relief against the IRS enjoining the IRS from distributing certain funds in its possession, custody, or control.

---

**NATURE OF SUIT**

(Number up to 5 boxes with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11 – Recovery of money/property - § 542 turnover of property
☐ 12 – Recovery of money/property - § 547 preference
☑ 13 – Recovery of money/property - § 548 fraudulent transfer 1
☑ 14 – Recovery of money/property – other 2

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21 – Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31 – Approval of sale of property of estate and of a co-owner - § 363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41 – Objection/revocation of discharge - § 727(c), (d), (e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51 – Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66 – Dischargeability - § 523(a)(1), (14), (14A) priority tax claims
☐ 62 – Dischargeability - § 523(a)(2), false pretenses, false representation, actual fraud
☐ 67 – Dischargeability - § 523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61 – Dischargeability - § 523(a)(5), domestic support
☐ 68 – Dischargeability - § 523(a)(6), willful and malicious injury
☐ 63 – Dischargeability - § 523(a)(8), student loan
☐ 64 – Dischargeability - § 523 (a)(15), divorce or separation obligation (other than domestic support)
☐ 65 – Dischargeability – other

**FRBP 7001(7) – Injunctive Relief**
☐ 71 – Injunctive relief – imposition of stay
☑ 72 – Injunctive relief – other 3

**FRBP 7001(8) – Subordination of Claim or Interest**
☐ 81- Subordination of claim or interest

**FRBP 7001(9) – Declaratory Judgment**
☐ 91 – Declaratory judgment

**FRBP 7001(10) – Determination of Removed Action**
☐ 01 – Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§ 78aaa et seq.
☐ 02 – Other (e.g.,other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand:  $ |

Other Relief Sought:

| 1040 (Form 1040) (12/15), Page 2 | |
|---|---|
| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** | |

| NAME OF DEBTOR<br>Orion HealthCorp Inc., et al. | BANKRUPTCY CASE NO.<br>18-71748 (Lead) (Joint Administration Requested) | |
|---|---|---|
| DISTRICT IN WHICH CASE IS PENDING<br>Eastern District of New York | DIVISION OFFICE<br>Central Islip | NAME OF JUDGE<br>Hon. Alan S. Trust |

| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
|---|---|---|
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY PROCEEDING IS PENDING | DIVISION OFFICE | NAME OF JUDGE |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Thomas R. Califano | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Thomas R. Califano, Esq.<br>DLA Piper US LLP<br>1251 Avenue of the Americas, 27th Floor<br>New York, New York 10020-1104<br>Telephone: (212) 335-4500 |
|---|---|
| DATE<br>March 29, 2018 | |

### INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet. When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff, if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

**List of Defendants**

Capita IRG Trustees (Nominees) Limited
CHT Holdco LLC
Blue Mountain Healthcare LLC
PBPP Partners LLC
Axis Medical Services LLC
Vega Advanced Care LLC
Forest Nominees Limited GC1 ACCT
AAKB Investments Limited
Pulsar Advance Care LLC
Platform Securities Nominees Limited KKCLT ACCT
Lexington Landmark Services LLC
Mymsmd LLC
PPSR Partners LLC
Max Edward Royde
PBPP LLB
UBS Private Banking Nominees LTD Mainpool ACCT
Abn Amro Global Nominees Limited 573 Main ACCT
Alliance Trust Savings Nominees LTD Cdigro ACCT
The Bank of New York (Nominees) Limited
The Bank of New York (Nominees) Limited SFTIF ACCT
Barclayshare Nominees Limited
David Beardsall
Beaufort Nominees Limited
Beaufort Nominees Limited SSLNOMSACCT
BNY (OCS) Nominees Limited HIT ACCT
Brewin Nominees Limited Gross ACCT
CFS Portfolio Management Limited
CGWL Nominees Limited GC1 ACCT
Chase Nominees Limited
Chase Nominees Limited Exdepaif ACCT
David Falcon Butler Cole
Credit Suisse Client Nominees (UK) Limited D6m5pb ACCT
FERLIM Nominees Limited ISA ACCT
FERLIM Nominees Limited Pooled ACCT
FITEL Nominees Limited SDPR ACCT
Goldman Sachs International Creptemp ACT
Harewood Nominees Limited 4121550 ACCT
Hsbc Client Holdings Nominee (UK)
HSBC Global Custody Nominee (UK) Limited 630372 ACCT
HSBC Global Custody Nominee (UK) Limited 667656 ACCT
HSBC Global Custody Nominee (UK) Limited 944287 ACT
HSCB Global Custody Nominee (UK) Limited 982409 ACCT
Huntress (CI) Nominees Limited KGCLT ACCT

Investor Nominees Limited
Investor Nominees Limited WRAP ACCT
Investor Nominees Limited Nominee ACCT
James Capel (Nominees) Limited PC ACCT
Jim Nominees Limited ISA ACCT
Jim Nominees Limited Jarvis ACCT
Jim Nominees Limited Jarvisnt ACCT
Johnston Asset Management Ltd
John Joseph Johnston
Karin Johnston
J.P. Morgan Securities Plc Jpcrepon Acct
Kbc Securities Nv Client Acct
Lawshare Nominees Limited Isa Acct
Lawshare Nominees Limited Sipp Acct
Lawshare Nominees Limited Undoc
Lawshare Nominees Limited Dealing
Paul Lines
Lynchwood Nominees Limited 2006420 Acct
Merrill Lynch International Main Acct
Morgan Stanley Client Securities Nominees Limited
Morgan Stanley Client Securities Nominees Limited Seg Acct
Nomura Pb Nominees Limited Pbnoms Acct
Nortrust Nominees Limited
Nortrust Nominees Limited Tds Acct
Nortrust Nominees Limited Lua01 Acct
Nortrust Nominees Ltd Thd05 Acct
N.Y. Nominees Limited
N.Y. Nominees Limited Bccag Acct
Peel Hunt Holdings Limited Pmprinc Acct
Pershing Nominees Limited Ccclt Acct
Pershing Nominees Limited Elisa Acct
Pershing Nominees Limited Imclt Acct
Pershing Nominees Limited Jiclt Acct
Pershing Nominees Limited Perny Acct
Pershing Nominees Limited Rkclt Acct,
Pershing Nominees Limited Rkisa Acct
Pershing Nominees Limited Tmclt Acct
Pershing Nominees Limited Wrclt Acct
Pershing Nominees Limited Pqideal Acct
Platform Securities Nominees Limited Kkisa Acct
Platform Securities Nominees Limited Ashisa Acct
Platform Securities Nominees Limited Ashnom Acct
Platform Securities Nominees Limited Ashpen Acct
Platform Securities Nominees Limited Ashtru Acct
Rathbone Nominees Limited
Redmayne (Nominees) Limited P89813x Acct

Redmayne (Nominees) Limited Rg2461r Acct
Rock (Nominees) Limited Isa Acct
Rock (Nominees) Limited Cshnet Acct
Rock (Nominees) Limited Taxfull Acct
Rock (Nominees) Limited Fastrade Acct
Securities Services Nominees Limited 2140036 Acct
Share Nominees Ltd
Skandinaviska Enskilda Banken Ab (Publ) 2035260 Acct
Smith & Williamson Nominees Limited Isa Acct
State Street Nominees Limited G007 Acct
State Street Nominees Limited Om01 Acct
State Street Nominees Limited Om02 Acct
State Street Nominees Limited Oq51 Acct
Stifel Nicolaus Europe Limited Nnideal Acct
Svs Securities (Nominees) Ltd Onl Acct
Td Direct Investing Nominees (Europe) Limited Usisa15 Acct
Td Direct Investing Nominees (Europe) Limited Usnom15 Acct
Td Direct Investing Nominees (Europe) Limited Usnom30 Acct
Td Direct Investing Nominees (Europe) Limited Ussip00 Acct
Transact Nominees Limited Integra1 Acct
Victoire Nominees Limited 2193900 Acct
Vidacos Nominees Limited 2154 Acct
Vidacos Nominees Limited Igukclt Acct
W B Nominees Limited Isamax Acct
W B Nominees Limited Treaty Acct
Wealth Nominees Limited Wrap Acct
W H Ireland Nominees Limited Isa Acct
The United States of America, Department of Treasury, Internal Revenue Service