UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
In re:                                                                      : Chapter 11
                                                                            :
Orion HealthCorp, Inc.                                                      : Case No. 18-71748 (AST)
Constellation Healthcare Technologies, Inc.                                 : Case No. 18-71749 (AST)
NEMS Acquisition, LLC                                                       : Case No. 18-71750 (AST)
Northeast Medical Solutions, LLC                                            : Case No. 18-71751 (AST)
NEMS West Virginia, LLC                                                     : Case No. 18-71752 (AST)
Physicians Practice Plus, LLC                                               : Case No. 18-71753 (AST)
Physicians Practice Plus Holdings, LLC                                      : Case No. 18-71754 (AST)
Medical Billing Services, Inc.                                              : Case No. 18-71755 (AST)
Rand Medical Billing, Inc.                                                  : Case No. 18-71756 (AST)
RMI Physician Services Corporation                                          : Case No. 18-71757 (AST)
Western Skies Practice Management, Inc.                                     : Case No. 18-71758 (AST)
Integrated Physician Solutions, Inc.                                        : Case No. 18-71759 (AST)
NYNM Acquisition, LLC                                                       : Case No. 18-71760 (AST)
Northstar FHA, LLC                                                          : Case No. 18-71761 (AST)
Northstar First Health, LLC                                                 : Case No. 18-71762 (AST)
Vachette Business Services, LTD.                                            : Case No. 18-71763 (AST)
MDRX Medical Billing, LLC                                                   : Case No. 18-71764 (AST)
Vega Medical Professionals, LLC                                             : Case No. 18-71765 (AST)
Allegiance Consulting Associates, LLC                                       : Case No. 18-71766 (AST)
Allegiance Billing & Consulting, LLC                                        : Case No. 18-71767 (AST)
Phoenix Health, LLC                                                         : Case No. 18-71789 (AST)
New York Network Management, L.L.C.                                         : Case No. 18-74545 (AST)
                                                                            :
                        Debtors.                                            : (Jointly Administered)
-------------------------------------------------------------------------- x

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------- | x |  |
| ORION HEALTHCORP, INC., *et al.*, | : |  |
|  | : |  |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : | Adv. Pro. No. 18-08048 (AST) |
|  | : |  |
| CAPITA IRG TRUSTEES (NOMINEES) LIMITED, CHT HOLDCO LLC, BLUE MOUNTAIN HEALTHCARE LLC, PBPP PARTNERS LLC, AXIS MEDICAL SERVICES LLC, VEGA ADVANCED CARE LLC, FOREST NOMINEES LIMITED GC1 ACCT, AAKB INVESTMENTS LIMITED, PULSAR ADVANCE CARE LLC, PLATFORM SECURITIES NOMINEES LIMITED KKCLT ACCT, LEXINGTON LANDMARK SERVICES LLC, MYMSMD LLC, PPSR PARTNERS LLC, MAX EDWARD ROYDE, PBPP LLB, UBS PRIVATE BANKING NOMINEES LTD MAINPOOL ACCT, ABN AMRO GLOBAL NOMINEES LIMITED 573 MAIN ACCT, ALLIANCE TRUST SAVINGS NOMINEES LTD CDIGRO ACCT, THE BANK OF NEW YORK (NOMINEES) LIMITED, THE BANK OF NEW YORK (NOMINEES) LIMITED SFTIF ACCT, BARCLAYSHARE NOMINEES LIMITED, DAVID BEARDSALL, BEAUFORT NOMINEES LIMITED, BEAUFORT NOMINEES LIMITED SSLNOMSACCT, BNY (OCS) NOMINEES LIMITED HIT ACCT, BREWIN NOMINEES LIMITED GROSS ACCT, CFS PORTFOLIO MANAGEMENT LIMITED, CGWL NOMINEES LIMITED GC1 ACCT, CHASE NOMINEES LIMITED, CHASE NOMINEES LIMITED EXDEPAIF ACCT, DAVID FALCON BUTLER COLE, CREDIT SUISSE CLIENT NOMINEES (UK) LIMITED D6M5PB ACCT, FERLIM NOMINEES LIMITED ISA ACCT, FERLIM NOMINEES LIMITED POOLED ACCT, FITEL NOMINEES LIMITED SDPR ACCT, GOLDMAN SACHS INTERNATIONAL CREPTEMP ACT, HAREWOOD NOMINEES LIMITED 4121550 ACCT, HSBC CLIENT HOLDINGS NOMINEE (UK), HSBC GLOBAL CUSTODY NOMINEE (UK) LIMITED 630372 ACCT, HSBC GLOBAL CUSTODY NOMINEE (UK) LIMITED 667656 ACCT, HSBC GLOBAL CUSTODY NOMINEE (UK) LIMITED 944287 ACT, HSCB GLOBAL CUSTODY NOMINEE (UK) LIMITED 982409 ACCT, HUNTRESS (CI) NOMINEES LIMITED KGCLT ACCT, INVESTOR NOMINEES LIMITED, INVESTOR NOMINEES LIMITED WRAP ACCT, INVESTOR NOMINEES LIMITED NOMINEE ACCT, JAMES CAPEL (NOMINEES) LIMITED PC ACCT, JIM NOMINEES LIMITED ISA ACCT, JIM | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |  |

| | |
|---|---|
| NOMINEES LIMITED JARVIS ACCT, JIM NOMINEES | : |
| LIMITED JARVISNT ACCT, JOHNSTON ASSET | : |
| MANAGEMENT LTD, MR JOHN JOSEPH JOHNSTON, | : |
| MRS KARIN JOHNSTON, J.P. MORGAN SECURITIES PLC | : |
| JPCREPON ACCT, KBC SECURITIES NV CLIENT ACCT, | : |
| LAWSHARE NOMINEES LIMITED ISA ACCT, LAWSHARE | : |
| NOMINEES LIMITED SIPP ACCT, LAWSHARE | : |
| NOMINEES LIMITED UNDOC, LAWSHARE NOMINEES | : |
| LIMITED DEALING, MR PAUL LINES, LYNCHWOOD | : |
| NOMINEES LIMITED 2006420 ACCT, MERRILL LYNCH | : |
| INTERNATIONAL MAIN ACCT, MORGAN STANLEY | : |
| CLIENT SECURITIES NOMINEES LIMITED, MORGAN | : |
| STANLEY CLIENT SECURITIES NOMINEES LIMITED SEG | : |
| ACCT, NOMURA PB NOMINEES LIMITED PBNOMS | : |
| ACCT, NORTRUST NOMINEES LIMITED, NORTRUST | : |
| NOMINEES LIMITED TDS ACCT, NORTRUST NOMINEES | : |
| LIMITED LUA01 ACCT, NORTRUST NOMINEES LTD | : |
| THD05 ACCT, N.Y. NOMINEES LIMITED, N.Y. | : |
| NOMINEES LIMITED BCCAG ACCT, PEEL HUNT | : |
| HOLDINGS LIMITED PMPRINC ACCT, PERSHING | : |
| NOMINEES LIMITED CCCLT ACCT, PERSHING | : |
| NOMINEES LIMITED ELISA ACCT, PERSHING | : |
| NOMINEES LIMITED IMCLT ACCT, PERSHING | : |
| NOMINEES LIMITED JICLT ACCT, PERSHING | : |
| NOMINEES LIMITED PERNY ACCT, PERSHING | : |
| NOMINEES LIMITED RKCLT ACCT, PERSHING | : |
| NOMINEES LIMITED RKISA | : |
| ACCT, PERSHING NOMINEES LIMITED TMCLT ACCT, | : |
| PERSHING NOMINEES LIMITED WRCLT ACCT, | : |
| PERSHING NOMINEES LIMITED PQIDEAL ACCT, | : |
| PLATFORM SECURITIES NOMINEES LIMITED KKISA | : |
| ACCT, PLATFORM SECURITIES NOMINEES LIMITED | : |
| ASHISA ACCT, PLATFORM SECURITIES NOMINEES | : |
| LIMITED ASHNOM ACCT, PLATFORM SECURITIES | : |
| NOMINEES LIMITED ASHPEN ACCT, PLATFORM | : |
| SECURITIES NOMINEES LIMITED ASHTRU ACCT, | : |
| RATHBONE NOMINEES LIMITED, REDMAYNE | : |
| (NOMINEES) LIMITED P89813X ACCT, REDMAYNE | : |
| (NOMINEES) LIMITED RG2461R ACCT, ROCK | : |
| (NOMINEES) LIMITED ISA ACCT, ROCK (NOMINEES) | : |
| LIMITED CSHNET ACCT, ROCK (NOMINEES) LIMITED | : |
| TAXFULL ACCT, ROCK (NOMINEES) LIMITED | : |
| FASTRADE ACCT, SECURITIES SERVICES NOMINEES | : |
| LIMITED 2140036 ACCT, SHARE NOMINEES LTD, | : |
| SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | : |
| 2035260 ACCT, SMITH & WILLIAMSON NOMINEES | : |
| LIMITED ISA ACCT, STATE STREET NOMINEES | : |

| | |
|---|---|
| LIMITED G007 ACCT, STATE STREET NOMINEES | : |
| LIMITED OM01 ACCT, STATE STREET NOMINEES | : |
| LIMITED OM02 ACCT, STATE STREET NOMINEES | : |
| LIMITED OQ51 ACCT, STIFEL NICOLAUS EUROPE | : |
| LIMITED NNIDEAL ACCT, SVS SECURITIES (NOMINEES) | : |
| LTD ONL ACCT, TD DIRECT INVESTING NOMINEES | : |
| (EUROPE) LIMITED USISA15 ACCT, TD DIRECT | : |
| INVESTING NOMINEES (EUROPE) LIMITED USNOM15 | : |
| ACCT, TD DIRECT INVESTING NOMINEES (EUROPE) | : |
| LIMITED USNOM30 ACCT, TD DIRECT INVESTING | : |
| NOMINEES (EUROPE) LIMITED USSIP00 ACCT, | : |
| TRANSACT NOMINEES LIMITED INTEGRA1 ACCT, | : |
| VICTOIRE NOMINEES LIMITED 2193900 ACCT, | : |
| VIDACOS NOMINEES LIMITED 2154 ACCT, VIDACOS | : |
| NOMINEES LIMITED IGUKCLT ACCT, W B NOMINEES | : |
| LIMITED ISAMAX ACCT, W B NOMINEES LIMITED | : |
| TREATY ACCT, WEALTH NOMINEES LIMITED WRAP | : |
| ACCT, W H IRELAND NOMINEES LIMITED ISA ACCT, | : |
| AND THE UNITED STATES OF AMERICA, | : |
| DEPARTMENT OF TREASURY, INTERNAL REVENUE | : |
| SERVICE, | : |
| | : |
| Defendants. | : |
| ------------------------------------------------------------------- | x |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiffs hereby dismiss the above-captioned adversary proceeding against the defendant sued as CAPITA IRG TRUSTEES (NOMINEES) LIMITED, without prejudice.

**[remainder of page intentionally left blank]**

DATED: October 1, 2018

**HAHN & HESSEN LLP**

By:    <u>*/s/ **Mark T. Power***</u>
      Mark T. Power
      John P. Amato
      Joseph Orbach
      Annie P. Kubic

488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
mpower@hahnhessen.com
jamato@hahnhessen.com
jorbach@hahnhessen.com
akubic@hahnhessen.com

*Special Counsel and Conflicts Counsel to Plaintiffs*