UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ORION HEALTHCORP, INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-71748-67 (AST)<br>(Jointly Administered) |
| Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.*,<br><br>        Plaintiff,<br><br>    v.<br><br>Richard Ian Griffiths, VT Garraway Investment Fund Series IV (f/k/a City Financial Investment Fund Series IV), Legal & General Investment Management Limited, L&G Linked PF, Legal & General (Unit Trust Managers) Limited, Legal & General UK Alpha Trust, The Bankers Investment Trust PLC, Marlborough Fund Managers Limited, Marlborough UK Micro-Cap Growth Fund, Jarvis Investment Management Limited, JIM Nominees Limited, Herald Investment Trust PLC, Milkwood Capital Limited, The Milkwood Fund, Sir Rodney Malcolm Aldridge, Edale Capital LLP, Credit Suisse Client Nominees (UK) Limited, Goldman Sachs Group UK Limited, Miton UK MicroCap Trust PLC, Jefferies International Limited, Pershing Nominees Limited, Merrill Lynch International, JPMorgan Smaller Companies Investment Trust PLC, Skandinaviska Enskilda Banken AB (Publ), Brewin Dolphin Limited, AJ Bell Securities Limited, Pershing Securities Limited, Pershing Nominees Limited, JPMorgan Trust I, ABN AMRO Clearing Bank N.V., London Branch, THESIS Unit Trust Management Limited, Thesis Headway A Sub-Fund, Tilney Asset Management Services Limited (f/k/a Towry Asset Management Limited), Platform Securities Nominees Limited, Freedom Global Funds PCC Limited, Interactive Investor Services Limited, Interactive Investor Services Nominees Limited, Matthew Max Edward Royde, Montlake UCITS Platform ICAV, | Adv. Pro. No. 18-08048 (AST)<br><br><br>**Objection Deadline: February 28, 2020**<br><br>**Hearing Date: TBD** |

| |
|---|
| Elite Webb Capital Fund, Raymond James Investment Services Limited, Pershing Nominees Limited, Rathbone Investment Management Limited, Credo Capital Limited, Pershing Nominees Limited, UBS Private Banking Nominees Limited, Linear Investments Limited, Credit Suisse (Channel Islands) Limited, Stifel Nicolaus Europe Limited, Walker Crips Investment Management Limited (f/k/a Walker Crips Stockbrokers Limited), W.B. Nominees Limited, Gabelli Investor Funds, Inc. (a/k/a The Gabelli ABC Fund), Charles Stanley & Co. Limited, Rock (Nominees) Limited, finnCap Ltd, Megan Amelia Elizabeth Royde, John Joseph Johnston, Interactive Investor Limited, Investec Wealth & Investment Limited, Ferlim Nominees Limited, CFS Management Ltd (f/k/a CFS Portfolio Management Ltd), David Andrew Clark, Karin Johnston, and The United States of America, Department of Treasury, Internal Revenue Service,<br><br>                                      Defendants. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on November 1, 2019, Defendant Skandinaviska Enskilda Banken AB (publ) ("SEB") filed the *Motion to Dismiss the First Amended Adversary Proceeding Complaint for Lack of Personal Jurisdiction* (the "Motion"), upon its Memorandum of Law dated November 1, 2019, and the accompanying Declaration of Joel M. Melendez, dated November 1, 2019, along with the exhibits annexed thereto, with the United States Bankruptcy Court, Eastern District of New York.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Scheduling Order, dated October 18, 2019, Plaintiff shall file any objections to the Motion on or before February 28, 2020, and Defendant shall file its reply to Plaintiff's opposition, if any, on or before March 27, 2020. The hearing date on the Motion, if any, is to be determined.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing before the Honorable Alan S. Trust, United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722. Notice of such a hearing will be provided by the applicant.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: New York, New York
       November 1, 2019

DAVIS & GILBERT LLP

  /s/ Joseph Cioffi
Joseph Cioffi
Seiji Newman
Massimo Giugliano
Joel Melendez
1740 Broadway
New York, New York 10019
Telephone: (212) 468-4800
Facsimile: (212) 468-4888

*Attorneys for Defendant Skandinaviska Enskilda Banken AB (publ)*