**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
David Molton, Esq.
Kenneth Aulet, Esq.
Alexander Fraser, Esq.
Tel: (212) 209-4800
Fax: (212) 209-4801
*Counsel to Defendants
Milkwood Capital Limited
and the Milkwood Funds*

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
RECEIVED - BROOKLYN

NOV 04 2019 PM03:47

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Orion HealthCorp, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-71748-67 (AST)<br>Case No. 18-71789 (AST)<br>Case No. 18-74545 (AST)<br>(Jointly Administered) |
| Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.*,<br><br>Plaintiff,<br>v.<br><br>Richard Ian Griffiths, *et al.*,<br><br>Defendants. | Adv. Pro. No. 18-08048 (AST) |

### NOTICE OF PRESENTMENT OF MILKWOOD CAPITAL LIMITED AND THE MILKWOOD FUND'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that counsel for Milkwood Capital Limited and the Milkwood Fund (collectively, "Milkwood"), will present the order attached as Exhibit A to the Motion to Dismiss, for signature and approval to the Honorable Alan S. Trust, United States Bankruptcy Judge, on March 2, 2020 at 11:00 a.m. (Prevailing Eastern Time) at the United

States Bankruptcy Court for the Eastern District of New York, Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Courtroom 2554, Brooklyn, New York 11201.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the Motion, or requests for hearing, if any, must be in writing, and be filed with the Court through its ECF system, and served upon counsel for the movants, Brown Rudnick LLP (Attn: David Molton and Kenneth Aulet), 7 Times Square, New York, NY 10036 no later than February 28, 2020 at 4:00 p.m. (Prevailing Eastern Time).

**Please be advised that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the applicant.**

New York, New York
November 1, 2019

                      Respectfully submitted,

                      **BROWN RUDNICK LLP**

                      By: /s/ David Molton
                          David Molton, Esq.
                          Kenneth Aulet, Esq.
                          Alexander Fraser, Esq.
                          Seven Times Square
                          Times Square Tower
                          New York, New York 10036
                          Tel: (212) 209-4800
                          Fax: (212) 209-4801

                          *Counsel to Defendants*
                          *Milkwood Capital Limited*
                          *and the Milkwood Funds*